No. 10–564. COYOTE PUBLISHING, INC., DBA HIGH DESERT ADVOCATE, ET AL. v. CORTEZ MASTO, ATTORNEY GENERAL OF NEVADA. C. A. 9th Cir. Certiorari denied.

No. 10–566. MCCREARY COUNTY, KENTUCKY, ET AL. v. AMERICAN CIVIL LIBERTIES UNION OF KENTUCKY ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–572. REPUBLIC OF ARGENTINA ET AL. v. EM LTD. ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–594. ALLEN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–605. HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA ET AL. v. UNITED STATES FISH AND WILDLIFE SERVICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–653. PSKS, INC., DBA KAY'S KLOSET . . . KAY'S SHOES v. LEEGIN CREATIVE LEATHER PRODUCTS, INC. C. A. 5th Cir. Certiorari denied.

No. 10–665. BROWN v. KANSAS CITY FREIGHTLINER SALES, INC., DBA JOPLIN FREIGHTLINER SALES, ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–666. DIER ET AL. v. MERCK & CO., INC. C. A. 5th Cir. Certiorari denied.

No. 10–684. BELL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. CALLAWAY PARTNERS, LLC, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–686. HUMAN LIFE OF WASHINGTON, INC. v. BRUMSICKLE, CHAIR, WASHINGTON STATE PUBLIC DISCLOSURE COMMISSION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–689. BARBOUR v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.